IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON MICHAEL GONZALEZ et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 14 CV 4366 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| BRAD JOSEPHSON and STUART TAYLOR, | ) ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE FACTS IN EXCESS OF LOCAL LIMIT**

Defendants Brad Josephson and Stuart Taylor, by their attorney, move this court, under L.R. 56.1(a)(3) for leave to file in support of their motion for summary judgment a statement of undisputed material facts that contains more than the court's limit of 80 paragraphs. In support of this motion, the defendants' state:

1. Defendants are filing a motion for summary judgment on all claims directed against them in plaintiffs' amended complaint. The amended complaint was filed under 42 U.S.C. § 1983 against Brad Josephson, warden, and Stuart Taylor, deputy chief of operations, of Will County Jail in their official capacities. Bocock, a pre-trial detainee at the Jail, and Gonzalez, a former detainee, claim that several Jail policies and conditions of confinement amount to unconstitutional punishment.

2. The amended complaint has four counts, with claims under the First, Fifth, Fourteenth, and Eighth Amendments, and about 70 paragraphs of allegations.

3. Defendants seek leave to file a statement of material undisputed facts consisting of 141 numbered paragraphs. A copy of the proposed statement of facts is attached hereto as Exhibit A. Defendants' proposed statement of facts is in excess of the 80-paragraph limit set in

1

Local Rule 56.1(a)(3) because of defendants' need to present to the court a full set of facts material to the different claims made by plaintiff against them.

4. In the amended complaint, plaintiffs challenge about 27 separate Jail policies, rules, and conditions of confinement in Will County Jail. Because there are two plaintiffs, in many instances there are separate facts pertaining to how each policy or condition applied to each plaintiff.

5. In other words, the expansive nature and scope of plaintiffs' claims make this a fact intensive case, and defendants need to address all the facts and conditions to properly support their motion.

6. Defendants' attorney communicated with plaintiffs' attorney, who has no objection to this motion, with the proviso and request that the court also grant plaintiffs leave to file additional facts if necessary. Defendants have no objection to that.

7. This motion is not brought for any improper purpose, but only to properly present material facts in support of their motion for summary judgment to the court on this jail conditions of confinement case with an extensive factual record involving constitutional challenges to about 27 policies and conditions.

For these reasons, the defendants request the court for leave to file the attached L.R. 56.1(a)(3) statement of undisputed material facts, along with supporting exhibits A-N.

Respectfully submitted,

**BRAD JOSEPHSON and STUART TAYLOR**
By: *s/Bhairav Radia*
Defendants' attorney

Bhairav Radia, #6293600
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: (847) 291-0200
Email: bradia@okgc.com

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON MICHAEL GONZALEZ et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 14 CV 4366 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| BRAD JOSEPHSON and STUART TAYLOR, | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016 I electronically filed the Unopposed Motion for Leave to File Facts in Excess of Local Limit with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered participant(s):

Patrick R. Gareis
pgareis@ghlaw-llp.com

                                                                  By: *s/Bhairav Radia*
                                                                       One of their attorneys
                                                                       O'Halloran Kosoff Geitner & Cook, LLC
                                                                       650 Dundee Road, Suite 475
                                                                       Northbrook, Illinois 60062
                                                                       Telephone: (847) 291-0200
                                                                       Fax: (847) 291-9230
                                                                       E-mail: bradia@okgc.com